# United States District Court
## Central District of California

UNITED STATES OF AMERICA vs. RICHARD GOMEZ     Docket No.     CR 08-00660-SH

Defendant    ALAN ORTIZ

akas:    N/A

## JUDGMENT IN A CRIMINAL CASE

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 10 | 10 | 2008 |

**COUNSEL**    [X] WITH COUNSEL     Victor Cannon, DFPD
(Name of Counsel)

**PLEA**    [X] GUILTY, and the Court being satisfied that there is a factual basis for the plea.    [ ] NOLO CONTENDERE    [ ] NOT GUILTY

**FINDING**    There being a finding/verdict of [X] GUILTY, defendant has been convicted as charged of the offense(s) of:

39 U.S.C. § 232.1(e): Disorderly Conduct

**JUDGMENT AND PROB/ COMM ORDER**    The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that:

It is ordered that the defendant shall pay to the United States a special assessment of $5.00, which is due immediately.

All fines are waived as it is found that the defendant does not have the ability to pay..

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Alan Ortiz, is hereby placed on probation on Count 1 of the Information for a term of three years under the following terms and conditions:

1.    ~~The defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318;~~

2.    The defendant shall cooperate in the collection of a DNA sample from his person;

3.    The defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment;

4.    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall also submit to one drug test within 15 days of today and to at least two periodic drug tests thereafter, not to exceed two tests per month, as directed by the Probation Officer;

5.    No mental health treatment is ordered at this time. If ordered by the Probation Office, the defendant shall participate in mental health treatment, which may include evaluation and counseling, until discharged from the treatment by the treatment provider, with approval of the Probation Officer; and

6.    The defendant shall not contact any current or former employees of the Santa Clarita Main and Satellite Post Offices, by any means, including in person, by mail or electronic means, or via third parties. Further, the defendant shall remain at least 100 yards from current and former employees of the Santa Clarita Main and Satellite Post Offices at all times. If any contact occurs, the defendant shall immediately leave the area of contact, and report the contact to the Probation Officer.

Pursuant to 18 U.S.C. 3553(a)(2) (D), the Court authorizes the Probation Office to disclose the Presentence Report and Psychiatric Report to any mental health treatment to the treatment provider to facilitate the defendant's treatment. Further, redisclosure of the Presentence Report and Psychiatric Report by the treatment providers is prohibited without the consent of the Court.

Court orders bond exonerated.

_____10/10/08_____                         _____/s/ Stephen J. Hillman_____
Date                                            /STEPHEN J. HILLMAN, U.S. Magistrate Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

10/10/2008                                      Celia Anglon-Reed
Filed Date                                      Deputy Clerk

**RETURN**

I have executed the within Judgment and Commitment as follows:

to

Defendant delivered on _____
Defendant noted on appeal on _____
Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____
at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____                By: _____
Date                                Deputy Marshal